United States District Court
District of Massachusetts

| | |
|---|---|
| United States | ) |
| | ) |
| v. | ) Case No. 1:12-10367-DJC |
| | ) |
| Christian Moreta, | ) |
|     Defendant. | ) |

## Motion to Withdraw

Now comes undersigned counsel and hereby moves to withdraw his appearance on behalf of defendant Christian Moreta. As grounds therefor, counsel states that defendant Moreta has retained counsel.

                                              Christian Moreta
                                              By his attorney,

                                              /s/ John Salsberg
                                              John Salsberg
                                              B.B.O. No.439300
                                              Law Office of John Salsberg
                                              221 Lewis Wharf
                                              Boston, MA 02110

Dated: April 25, 2014

## Certificate of Service

I, John Salsberg, do hereby certify that the above motion was served on all counsel of record by e-filing.

                                              /s/ John Salsberg
                                              John Salsberg